# INTERSCOPE RESEARCH & PRIVATE INVESTIGATIONS, LLC
## OWNER: LINDA SWILLEY-LLOYD
### A96-00207
FAX: (850)878-5432 MOBILE:(850)591-5064/443-2134
E-MAIL: LSLLOYD@COMCAST.NET

## RETURN OF SERVICE AFFIDAVIT

Ocwen Loan Company, LLC
c/o Registered Agent Corporation Service Co. 1201 Hays St. Tallahassee, Fl 32301-2525

FILED SEP 28 2010 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

| Subject to be Served | | Address |
|---|---|---|
| Joseph Trinidad & Anthony Paupaw | | Ocwen Loan Company |
| **Plaintiff-Petitioner** | vs | **Defendant-Respondent** |
| United States District Middle District of North Carolina | 1; 10 CV716 | 21 Days to Respond |
| **COURT** | **CASE NO.** | **COURT DATE** |
| Summons/ in a Civil Action | 04 | |
| **Type of Writ** | **APS ID#** | Linda Swilley-Lloyd, Server |

Received this the 22nd day of Sept., 2010, and served the same at 9:32 o'clock A.M. on the 23rd day of Sept., 2010, in Leon County, Florida as follows:

___ **INDIVIDUAL:** By delivering a true copy of this writ, together with the initial pleading with the date and hour of service endorsed thereon by me to _____

___ **GOVERNMENT AGENCY, OFFICIAL ASSOCIATION, OR PARTNERSHIP:** By delivering a true copy of the original thereof with date and hour of thereon which was attached a copy of the a Plaintiff's pleading _____ on behalf of _____ who is over the age of 15 years and stated to me that this is / is not the place of abode/work of _____ of the within named Defendant, to-wit: _____

___ **CORPORATION:** By delivering a true copy of this writ, together with the initial pleading with the date and hour of service endorsed thereon by me: employee within To: Calla John as Corporation Service Company as Registered Agent of the within named corporation according to F.S.§48.091.
To: _____ as _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the Registered Agent for failure to comply with F.S.§48.091.

___ **SECRETARY OF STATE or INSURANCE COMMISSIONER:** By delivering a true copy of this writ with the date and hour of service thereon, together with a copy of the pleadings as furnished by the Plaintiff, to _____, and as the same time delivering into the hands of the said Secretary of State in her above mentioned official capacity the sum of $_____ as provided by Florida Statutes §48.161 or Insurance Commissioner in his above mentioned official capacity the sum of $_____ as provided by Florida Statutes §624.502.

___ **NOT FOUND:** By returning said writ unserved for the reason that after diligent search and inquiry, the named person, to wit: _____ could not be found in _____ County, Florida.

I CERTIFY that at the time of service, I placed on the face of that process my printed name, identification number, a statement that I am an Appointed Process Server in the Second Judicial Circuit of Florida, and that I endorsed on that original process and all copies served, the date, and the hour of service.

Linda Swilley-Lloyd
Appointed Process Server #4
Second Judicial Circuit, Tallahassee, Fl

Status: PAID ___ AR ___
Service Fee _____
Fee Tendered _____

Joseph Trinidad & Anthony Paupaw 3513 Covent Oak Ct. High Point, NC 27265
Attorney or Firm _____

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| Joseph Trinidad & Anthony Paupaw ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:10CV716 |
| Ocwen Loan Servicing, LLC ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

Date Received 9-22-10 Time:
Date Served 9-23-10 Non Service
Received By

To: *(Defendant's name and address)* Ocwen Loan Servicing, LLC
c/o Registered Agent Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

*[process server signature]*
Appointed Process Server #4 Second Judicial Circuit
Leon County Tallahassee, Florida

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph Trinidad & Anthony Paupaw
3513 Covent Oak Court
High Point, NC 27265

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __SEP 2 1 2010__

*Signature of Clerk or Deputy Clerk*