IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:10-cv-716

| | | |
|---|---|---|
| Joseph Trinidad and Anthony Paupaw, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MOTION TO EXTEND TIME TO** |
| | ) | **RESPOND TO THE ORIGINAL** |
| Ocwen Loan Servicing LLC and Saxon | ) | **PETITION AND PETITION FOR** |
| Mortgage Service, | ) | **TEMPORARY INJUNCTION** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| . _____ | ) | |

NOW COMES Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6(b), and timely requests that the Court enter an order extending the time for Ocwen to answer or otherwise respond to the "Original Petition" and "Petition for Temporary Injunction" for twenty (20) days up to and including November 3, 2010. In support of this Motion, Ocwen respectfully shows unto the Court as follows:

1.      On September 17, 2010, Joseph Trinidad and Anthony Paupaw, acting *pro se*, filed a document entitled "Original Petition" [#1] in the above-referenced case.

2.      On that same day, Plaintiffs Trinidad and Paupaw filed a "Petition for Temporary Injunction" [#2].

1

3.  Both the "Original Petition" and the "Petition for Temporary Injunction" contain nearly twenty five pages of sweeping allegations against the Defendant and the lending industry in general.

4.  Ocwen has up to and including October 14, 2010 to file an Answer or otherwise plead.

5.  Ocwen is in need of additional time to investigate the allegations contained in the documents filed by Plaintiffs.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC respectfully prays that the Court:

1.  Enter an order extending the time for Ocwen Loan Servicing, LLC to Answer or otherwise respond up to and including November 3, 2010.

2.  Grant such other and further relief as the Court deems just and proper.

This the 12th day of October, 2010.

*/s/ Mathias H. Hunoval*
North Carolina Bar Number: 31603
The Hunoval Law Firm, PLLC
501 Minuet Lane, #104A
Charlotte, NC 28217
Telephone: (704) 334-7114
Facsimile: (704) 417-3225
E-mail: matt@hunovallaw.com
***Attorney for Ocwen Loan Servicing, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

And I hereby certify that I have mailed the foregoing to the following non CM/ECF participants:

Joseph Trinidad and Anthony Paupaw
3513 Covent Oak Court
High Point, North Carolina 27265

***Plaintiffs, pro se***

> */s/ Mathias H. Hunoval*
> North Carolina Bar Number: 31603
> The Hunoval Law Firm, PLLC
> 501 Minuet Lane, #104A
> Charlotte, NC 28217
> Telephone: (704) 334-7114
> Facsimile: (704) 417-3225
> E-mail: matt@hunovallaw.com
> ***Attorney for Ocwen Loan Servicing, LLC***