*United States District Court*
*Middle District of North Carolina*
*Post Office Box 3443*
*Greensboro, N.C. 27402*

*N. Carlton Tilley, Jr.*
*Senior Judge*

November 12, 2010

Mr. Joseph Trinidad and Mr. Anthony Paupaw
3513 Covent Oak Court
High Point, North Carolina 27265

                                        Re: 1:10CV716

Dear Mr. Trinidad and Mr. Paupaw:

    Ocwen Loan Servicing, LLC filed a Motion to Dismiss [Docket No. 15] and corresponding Memorandum [Docket No. 16] on November 3, 2010. Your response was due by November 29, 2010. However, the hearing regarding your petition for a temporary injunction is scheduled for November 17, 2010. It is important that the Court know, prior to the hearing, your position as to Defendant's motion. Therefore, you must filed your response to Defendant's motion to dismiss by 5:00 p.m. on Monday, November 15, 2010.

    In addition to your response, please include a telephone number where you may be reached.

                                                Sincerely,

                                                */s/ N. Carlton Tilley, Jr.*

cc: Mathias H. Hunoval, Attorney for Ocwen Loan Servicing, LLC (by CM/ECF)