Joseph Trinidad & Anthony Paupaw
3513 Covent Oak Court
High Point, NC 27265



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JOSEPH TRINIDAD & ANTHONY PAUPAW**<br>Plaintiff,<br><br>vs.<br><br>**OCWEN LOAN SERVICING LLC**<br>Defendant | Case #  10-716<br><br>**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS**<br><br>Dated: November 12, 2010 |

Plaintiffs move the court to extend the time to respond to the Defendants Motion to Dismiss which was filed on November 5, 2010, as authorized by Federal Rule of Civil Procedure 6(b).

### A. Introduction

1. Petitioners are Joseph Trinidad and Anthony Paupaw, 3513 Covent Oak Court, High Point, NC 27265.

2. Currently known defendant is Ocwen Loan Servicing, LLC.

3. Plaintiffs filed their Original Complaint on September 17, 2010.

4. Plaintiffs have filed this Motion to Extend Time as soon as they became aware of the need for additional time and before the deadline.

### B. Argument

5. The court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); see *Jenkins v. Commonwealth Land Title Ins. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

6. Plaintiff requests an extension of time to respond to the Defendants Motion to Dismiss which was filed on November 5, 2010 because the legal issues to be addressed are complex and require additional research that cannot be completed before the deadline. Plaintiff has found it difficult to properly address the issues at hand.

Plaintiff, not being practiced in the courts, does not have the same access to the materials necessary to frame proper pleadings as the Defendant does. The Plaintiff is requesting 14 more days to prepare a responsive pleading to Defendants Motion to Dismiss.

8. Plaintiffs request to extend time is for good cause and is not intended to delay these proceedings. *See* Fed. R. Civ. P. 6(b)(1)(A).

## C. Conclusion

10. WHEREFORE, Plaintiffs move this court to extend the time to respond to the Defendants Motion to Dismiss.

_____
Joseph Trinidad


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 12th day of November, 2010 to the following:

Mathias H. Hunoval
The Hunoval Law Firm, PLLC
501 Minuet Lane, #104A
Charlotte, NC 28217
   *Attorney for Ocwen Loan Servicing, LLC*

_____
Joseph Trinidad
3513 Covent Oak Court
High Point, NC 27265.